Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor Jennifer Merchant

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

|  |  |
|---|---|
| In re: | Case No. 25-40669-mxm |
| Jennifer Dianne Merchant | Chapter 7 |
| Debtor(s) | |

## NOTICE OF HEARING

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on the *Response to Debtor's Motion to Redeem Personal Vehicle* (Dkt. 16) has been set for **August 14, 2025, at 1:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Judge, United States Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 via WebEx, information below:

**For WebEx Video Participation/Attendance:**
**Link: https://us-courts.webex.com/meet/mullin**
**For WebEx Telephonic Only Participation/Attendance:**
**Dial-In: 1.650.479.3207**
**Meeting ID: 2310-650-8783**

DATE: July 7, 2025.                              Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I served a true and correct copy of the foregoing via the Court's CM/ECF system, including the parties below:

*Via CM/ECF to Chapter 7 Trustee*:
Behrooz P. Vida
3000 Central Drive
Bedford, TX 76021

*Via CM/ECF to United States Trustee*:
1100 Commerce Street, Room 976
Dallas, Texas 75242

*Via CM/ECF to Creditor*:
Wells Fargo
800 Walnut Street
Des Moines, IA 50309

*Via CM/ECF to Counsel for Wells Fargo:*
Sidney Scheinberg
500 N. Akard #1100
Dallas, TX 75201

By: __/s/ Clayton L. Everett_____